| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SUPER PET CENTER INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>MEGA PETS / PET VALUE WAREHOUSE | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 66-0286249 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State)<br>RD. NO. 2 DRIVE INN PLAZA,<br>BAYAMON, PR ZIPCODE 00960 | Street Address of Joint Debtor (No. and Street, City, and State) ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>Catano | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>PO BOX 3960<br>GUAYNABO, PR ZIPCODE 00970-3960 | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other RETAIL SALE OF PETS & PETS PRODUCTS.

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

**B1 (Official Form 1) (4/10)**

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>SUPER PET CENTER INC. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4.749 - 31846

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): SUPER PET CENTER INC. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
  (Printed Name of Foreign Representative)

_____
  (Date)

---

**Signature of Attorney\***

X   */s/CARMEN D. CONDE TORRES*
  Signature of Attorney for Debtor(s)

  CARMEN D. CONDE TORRES 207312
  Printed Name of Attorney for Debtor(s)

  C. CONDE & ASSOCIATES
  Firm Name

  254 SAN JOSE STREET
  Address

  SUITE 5c - SAN JUAN, PR 00901-1523

  787-729-2900
  Telephone Number

  SEPTEMBER 1, 2010
  Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  TAMIKY DEL LLANO
  Printed Name of Authorized Individual

  CHIEF EXECUTIVE OFFICER
  Title of Authorized Individual

  SEPTEMBER 1, 2010
  Date

In re:

SUPER PET CENTER, INC.        Case No.

Chapter 11

Debtor(s)

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $275.00 per hour for Carmen D. Conde Torres, $250.00 per hour for Associates, $200.00 per hour for junior attorneys and $100.00 per hour for legal assistance as a paralegal, in house special clerical services or accounting analyst plus costs and expenses. A retainer in the amount of $25,370.00 has been paid before filing.

2. The source of the compensation paid, or to be paid to me was the Debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date _September 1, 2010_

Signature /S/ Carmen D. Conde Torres
Carmen D. Conde Torres
Bar No. 207312

# United States Bankruptcy Court
### District of Puerto Rico

In re    SUPER PET CENTER INC.

Case No. _____

Debtor

Chapter    11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A -- Real Property | YES | 1 | $ 0.00 | | |
| B -- Personal Property | YES | 4 | $ 863,091.36 | | |
| C -- Property Claimed as exempt | YES | 1 | | | |
| D -- Creditors Holding Secured Claims | YES | 1 | | $ 316,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 110,799.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $ 1,087,843.12 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 25 | $ 863,091.36 | $ 1,514,642.88 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re   <u>SUPER PET CENTER INC.</u>                         Case No. <u>                          </u>

                 **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

In re    SUPER PET CENTER INC.                                      Case No. _____
                    Debtor                                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO POPULAR PR FLEXICUENTA ACCOUNT NO. 027038653 PUERTO NUEVO BRANCH | | 12,335.53 |
| | | BANCO POPULAR PR FLEXICUENTA ACCOUNT NO. 027-232611 PUERTO NUEVO BRANCH | | 1,650.57 |
| | | BANCO SANTANDER DE PR FLEXICUENTA ACCOUNT NO. 3003415324 DOMENECH BRANCH | | 17,513.72 |
| | | BANCO SANTANDER DE PR FLEXICUENTA ACCOUNT NO. 2000010681 DOMENECH BRANCH | | 432.94 |
| | | BANCO SANTANDER DE PR FLEXICUENTA ACCOUNT NO. 3003415804 DOMENECH BRANCH | | 8.02 |
| | | BANCO SANTANDER DE PR | | 0.00 |

Bankrupcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31846

In re   <u>SUPER PET CENTER INC.</u>            Case No. _____
                   **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | FLEXICUENTA ACCOUNT NO. 2000010673 DOMENECH BRANCH | | |
| | | EUROBANK FLEXICUENTA ACCOUNT NO. 7570013534 SAN PATRICIO BRANCH | | 9,579.65 |
| | | FIRST BANK DRIVING PLAZA ACCT.# 409001073 PET VALUE | | 4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | PLAZA LAS AMERICAS RENT DEPOSIT | | 32,590.87 |
| | | RIO HONDO DEPOSIT RENT | | 19,012.50 |
| | | AAA ACCOUNT NO. 000212945265 SAN PATRICIO STORE | | 100.00 |
| | | AEE ACCOUNT NO. 301634558202 PLAZA CAROLINA STORE | | 4,500.00 |
| | | AEE ACCOUNT NO. 2219103-210801 SAN PATRICIO STORE | | 800.00 |
| | | PRTC ACCOUNT NO. 531872 SAN PATRICIO STORE | | 50.00 |

In re  SUPER PET CENTER INC.                          Case No. _____
                     **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | PRTC<br>ACCOUNT NO. 376528<br>SAN PATRICIO STORE | | 50.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 31846

B6B (Official Form 6B) (12/07) -- Cont.

In re  SUPER PET CENTER INC.            Case No. _____
               Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT EXHIBIT 1 | | 2,950.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | | INVENTORY EXHIBIT 2 | | 757,517.56 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

           <u>    0    </u> continuation sheets attached     Total    $     863,091.36

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re   SUPER PET CENTER INC.                                    Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6D (Official Form 6D) (12/07)

In re  SUPER PET CENTER INC.                                    ,        Case No. _____
            Debtor                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EUROBANK<br>PO BOX 191009<br>SAN JUAN, P.R. 00919-1009 | X | | Incurred: 2004-2010<br>Lien: COMERCIAL LOAN<br>Security: INVENTORY<br><br>VALUE $          757,517.56 | | X | | 316,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

0    continuation sheets attached

Subtotal ►
(Total of this page)   $  316,000.00   $        0.00

Total ►
(Use only on last page)   $  316,000.00   $        0.00

(Report also on        (If applicable, report
Summary of Schedules)  also on Statistical
                       Summary of Certain
                       Liabilities and Related
                       Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

In re __SUPER PET CENTER INC._____,    Case No._____
              Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/10) - Cont.

In re __SUPER PET CENTER INC._____,    Case No._____
                    Debtor                                                        (if known)


☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


<u>   2   </u>  **continuation sheets attached**

In re   SUPER PET CENTER INC.                          ,     Case No. _____
               **Debtor**                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | | | Incurred: 2009-2010<br>Consideration:<br>PROPIEDAD MUEBLE | | | | 75,854.92 | 75,854.92 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPALITY OF BAYAMON<br>PO BOX 1588<br>BAYAMON, PR 00960 | | | Incurred: 2009<br>Consideration:<br>MUNICIPAL TAX | | | | 2,801.54 | 2,801.54 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPALITY OF CAROLINA<br>DEPARTAMENTO DE FINANZAS<br>APARTADO 8<br>CAROLINA, PR 00986-0008 | | | Incurred: 2009<br>Consideration:<br>MUNICIPAL TAX | | | | 5,704.86 | 5,704.86 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPALITY OF CATAÑO<br>PO BOX 428<br>CATANO, PR 00963 | | | Incurred: 2009<br>Consideration:<br>MUNICIPAL TAX | | | | 142.00 | 142.00 | 0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ►<br>(Totals of this page)    $ 84,503.32    $ 84,503.32    $ 0.00

Total ►<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)    $

Totals ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re    SUPER PET CENTER INC.            ,        Case No. _____

          Debtor                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MUNICIPALITY OF GUAYNABO <br> CALL BOX 7885 <br> GUAYANBO, PR 00970 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPLA TAX | | | | 5,860.28 | 5,860.28 | 0.00 |
| ACCOUNT NO. <br><br> MUNICIPALITY OF SAN JUAN <br> DEPARTAMENTO DE FIANZAS <br> PO BOX 70179 <br> SAN JUAN, PR 00936-8179 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 20,436.16 | 20,436.16 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal <br> (Totals of this page) | $ 26,296.44 | $ | $ |
|---|---|---|---|---|
| | Total ➤ <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 110,799.76 | | |
| | Totals ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 110,799.76 | $ 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07)

In re   SUPER PET CENTER INC.                    ,                    Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>A&E CAGE CO., LLC<br>210 MITCHELL AVE. & 551<br>ROUTE 130 SOUTH<br>PO BOX 606 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,809.00 |
| ACCOUNT NO.<br>AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | | | Incurred: 2010<br>Consideration: UTILITY<br>SAN PATRICIO | | | | 0.00 |
| ACCOUNT NO.  667673<br>ARROWPAC<br>PO BOX 51479<br>LEVITTOWN STATION<br>TOA BAJA, PR 00950 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,177.50 |
| ACCOUNT NO.  687918<br>ARROWPAC<br>PO BOX 51479<br>LEVITTOWN STATION<br>TOA BAJA, PR 00950 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 283.08 |

_10_ continuation sheets attached

Subtotal ▶ | $ | 3,269.58

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  SUPER PET CENTER INC.                          ,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  689914 <br><br> ARROWPAC <br> PO BOX 51479 <br> LEVITTOWN STATION <br> TOA BAJA, PR 00950 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 420.00 |
| ACCOUNT NO. <br><br> AUTORIDAD DE ENERGIA ELECTRICA <br> PO BOX 363508 <br> SAN JUAN, PR 00936 | | | Incurred: 2010 <br> Consideration: UTILITY <br> SENORIAL | | | | 606.75 |
| ACCOUNT NO. <br><br> AUTORIDAD DE ENERGIA ELECTRICA <br> PO BOX 363508 <br> SAN JUAN, PR 00936 | | | Incurred: 2010 <br> Consideration: UTILITY <br> PLAZA CAROLINA | | | | 958.56 |
| ACCOUNT NO. <br><br> AUTORIDAD DE ENERGIA ELECTRICA <br> PO BOX 363508 <br> SAN JUAN, PR 00936 | | | Incurred: 2010 <br> Consideration: UTILITY <br> RIO HONDO | | | | 660.81 |
| ACCOUNT NO. <br><br> AUTORIDAD DE ENERGIA ELECTRICA <br> PO BOX 363508 <br> SAN JUAN, PR 00936 | | | Incurred: 2010 <br> Consideration: UTILITY <br> SAN PATRICIO | | | | 0.00 |

Sheet no.  1   of 10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,646.12

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 31846

In re  SUPER PET CENTER INC.                              ,          Case No. _____
                        **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR 00936 | | | Incurred: 2010<br>Consideration: UTILITY WAREHOUSE | | | | 363.88 |
| ACCOUNT NO.  027038653<br>BANCO POPULAR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | X | | Incurred: 2008-10<br>Consideration: FLEXICUENTA COMERCIAL LINE OF CREDIT | | | | 94,806.26 |
| ACCOUNT NO.  7004076669<br>BANCO SANTANDER PR DOMENECH BRANCH<br>PO BOX 362589<br>SAN JUAN, PR 00936 | | | Incurred: 200?<br>Consideration: COMMERCIAL LOAN | | | | 118,204.09 |
| ACCOUNT NO.  4506820150000610.00<br>BANCO SANTANDER PR DIVISION TARJETAS DE CREDITO 917<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | | | Incurred: 2008-10<br>Consideration: Credit card debt VISA | | | | 8,778.70 |
| ACCOUNT NO.  4339930024315210.00<br>BANK OF AMERICA<br>PO BOX 15184<br>WILMINGTON DE 19850.51184 | | | Consideration: CREDIT CARD DEBT | | | | 18,680.98 |

Sheet no. __2__ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 240,833.91

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re  SUPER PET CENTER INC. ,          Case No. _____
              Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>BISMARK <br>CALLE FRANCES LOTE 34 <br>AMELIA INDUSTRIAL PARK <br>GUAYNABO, PR 00970 | | | Incurred: 2010 <br>Consideration: VENDOR | | | | 477.22 |
| ACCOUNT NO. <br><br>CALDERON TRANSPORT <br>CALLE ESTE 1 NO. 15 <br>RIO PLANTATION <br>BAYAMON, PR 00961 | | | Consideration: PROFESSIONAL SERVICES | | | | 0.00 |
| ACCOUNT NO. <br><br>CAPARRA CENTER ASSOCIATES, LLC <br>PO BOX <br>SAN JUAN, PR 9908-0506 | | | Incurred: 2009-2010 <br>Consideration: RENT/SAN PATRICIO | | | | 101,726.16 |
| ACCOUNT NO. <br><br>DDR RIO HONDO LLC, S.E. <br>C/O MIRIAM W. SANCHEZ <br>ARROYO / THE STATE OF RDLL <br>MARTINEZ ODELL & CALABRIA <br>PO BOX 190998 <br>SAN JUAN, PR 00919-0998 | | | Incurred: 2009-2010 <br>Consideration: RENT <br>CIVIL CASE NO. DPE2010-0375 | | X | | 61,786.40 |
| ACCOUNT NO. <br><br>DDR RIO HONDO LLC, S.E. <br>PO BOX 71557 <br>SAN JUAN, PR 00936-8657 | | | Incurred: 2009-2010 <br>Consideration: RENT <br>CIVIL CASE NO. DPE 2010-0375 | | X | | Notice Only |

Sheet no. 3 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 163,989.78

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   SUPER PET CENTER INC.                              ,        Case No. _____
                    **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DDR SENORIAL LLC, S.E. C/O MIRIAM W. SANCHEZ ARROYO MARTINEZ ODELL & CALABRIA PO BOX 190998 SAN JUAN, PR 00919-0998 | | | Incurred: 2009-2010 CIVIL CASE NO. KPE2010-1456 | | X | | 43,707.36 |
| ACCOUNT NO. <br><br> DDR SENORIAL LLC, SE PO BOX 71539 SAN JUAN, PR 00936-8636 | | | Incurred: 2009-2010 Consideration: RENT CIVIL CASE NO. KPE2010-1456 | | X | | Notice Only |
| ACCOUNT NO. 564013933 <br><br> EUROBANK SAN PATRICIO BRANCH PO BOX 191009 SAN JUAN, PR 00919-1009 | | | Incurred: 2008-10 Consideration: SECURED | | | | 316,479.04 |
| ACCOUNT NO. FI209202 <br><br> FRESH IMPORTS, SA C/17 NO. 11 SAN JERONIMO SANTO DOMINGO RD 11716 | | | Incurred: 2010 Consideration: VENDOR | | | | 14,096.06 |
| ACCOUNT NO. 2975471 <br><br> HARTZ 400 PLAZA DRIVE SECAUCUS, NJ 07094-3688 | | | Incurred: 2010 Consideration: VENDOR | | | | 42,301.04 |

Sheet no. __4__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 416,583.50
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   SUPER PET CENTER INC.                              ,        Case No. _____
                        **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> IVAN ARANDA <br> PO BOX 11795 <br> SAN JUAN, PR 00910 | | | Incurred: 2009-10 <br> Consideration: ACCOUNTING SERVICES | | | | 3,400.00 |
| ACCOUNT NO. <br> MARINELAND <br> 3001 COMMERCE STREET <br> BLACKBURG, VA 24060 | | | Consideration: VENDOR | | | | 9,677.50 |
| ACCOUNT NO. <br> NEGRETTI <br> CARIBBEAN TOWERS BUILDING <br> 670 AVE. PONCE DE LEON STE. 17 <br> SAN JUAN, PR 00907-3207 | | | Consideration: LEGAL SERVICES | | | | 8,506.56 |
| ACCOUNT NO. 945891634 <br> NESTLE <br> PO BOX 15069 <br> SAN JUAN, PR 00902-8569 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 20,089.09 |
| ACCOUNT NO. 2252-3692 <br> PET PRODUCTS <br> PO BOX 364192 <br> SAN JUAN, PR 00936-4192 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 12,441.99 |

Sheet no. 5 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 54,115.14

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  SUPER PET CENTER INC.                    ,        Case No. _____
            Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PLAZA LAS AMERICAS<br>PO BOX 363268<br>SAN JUAN, PR 00936 | | | Incurred: 2010<br>Consideration: RENT | | | | 28,834.90 |
| ACCOUNT NO.<br>PLAZA LAS AMERICAS<br>PO BOX 363268<br>SAN JUAN, PR 00936 | | | Incurred: 2010<br>Consideration: ADVERTISING | | | | 3,400.00 |
| ACCOUNT NO. 7597039534<br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>MEGA | | | | 91.01 |
| ACCOUNT NO. 7729301029<br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY | | | | 142.66 |
| ACCOUNT NO. 7928752659<br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>SAN PATRICIO | | | | 66.58 |

Sheet no. 6 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  32,535.15

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re  SUPER PET CENTER INC. 
        **Debtor**

Case No. _____
        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7926980209<br><br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>SAN PATRICIO | | | | 123.30 |
| ACCOUNT NO.  7649187042<br><br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>MEGA | | | | 49.13 |
| ACCOUNT NO.  2618607200<br><br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>RIO HONDO | | | | 155.65 |
| ACCOUNT NO.  2618278260<br><br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY/FACSIMILE<br>RIO HONDO | | | | 46.15 |
| ACCOUNT NO.  7524718042<br><br>PRTC<br>PO BOX 71535<br>SAN JUAN, PR 00936-8635 | | | Incurred: 2010<br>Consideration: UTILITY<br>PLAZA CAROLINA | | | | 113.95 |

Sheet no. 7 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    488.18

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re   SUPER PET CENTER INC.                              ,        Case No. _____
        _____                                         (If known)
                    `Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7882365997 <br><br> PRTC <br> PO BOX 71535 <br> SAN JUAN, PR 00936-8635 | | | Incurred: 2010 <br> Consideration: UTILITY <br> WAREHOUSE | | | | 441.01 |
| ACCOUNT NO.  7534547355 <br><br> PRTC <br> PO BOX 71535 <br> SAN JUAN, PR 00936-8635 | | | Incurred: 2010 <br> Consideration: UTILITY <br> SENORIAL | | | | 113.15 |
| ACCOUNT NO. <br><br> ROBLES & FRIAS <br> 867 AVE. MUNOZ RIVERA <br> SUITE D 205 <br> RIO PIEDRAS, PR 00925- | | | Incurred: 2010 <br> Consideration: LEGAL SERVICES | | | | 1,913.76 |
| ACCOUNT NO. <br><br> ROYAL PROPERTIES, INC. <br> PO BOX 51389 <br> TOA BAJA, PR 00950-1389 | | | Incurred: 2010 <br> Consideration: WAREHOUSE | | | | 13,142.50 |
| ACCOUNT NO.  71678 <br><br> SANUM <br> PO BOX 1346 <br> SAINT JUST, PR 00978-1346 | | | Consideration: VENDOR | | | | 4,914.00 |

Sheet no. __8__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    20,524.42

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  SUPER PET CENTER INC.                        ,        Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  241529 <br><br> SERGEANTS <br> DEPT 2486 <br> PO BOX 122486 <br> DALLAS, TX 75312-2486 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 6,924.16 |
| ACCOUNT NO. <br><br> TANIA DEL LLANO JIMENEZ <br> IAN DEL LLANO JIMEMEZ <br> C/O ALFREDO ORTIZ ALMEDA, ESQ. <br> PO BOX 366556 <br> SAN JUAN, PR 00936-6556 | | | Incurred: 2010 <br> CLAIM ON ACCOUNT OF CASE NO.: <br> DPE 2007-1532 | X | X | | 60,000.00 |
| ACCOUNT NO. <br><br> TETRA <br> 3547 SOLUTIONS CTR <br> CHICAGO, IL 60677-3005 | | | Incurred: 2009 <br> Consideration: VENDOR | | | | 29,150.63 |
| ACCOUNT NO. <br><br> UNITED PET GROUP <br> 3001 COMMERCE STREET <br> BLCKBURG, VA 24060 | | | Consideration: VENDOR | | | | 26,938.14 |
| ACCOUNT NO. <br><br> VOYS TOYS <br> 400 S. 5TH ST. <br> HARRISON, NJ 07029 | | | Incurred: 2009 <br> Consideration: VENDOR | | | | 5,290.00 |

Sheet no. 9 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 128,302.93

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re   SUPER PET CENTER INC.                           ,        Case No. _____
                        **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  E15984 <br><br> WESTMINSTER <br> PO BOX 999 <br> PAWTUCKET, RI 02862-0999 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 24,554.41 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  10  of  10  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  24,554.41

Total ➤  | $  1,087,843.12

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re  SUPER PET CENTER INC.
_____     Case No. _____
                Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| EUROLEASE | AUTO LEASE/FORD 350<br>DODGE CARAVAN 2007 |
| A. CORDERO BADILLO, INC. | LEASE AGREEMENT PET VALUE WAREHOUSE |
| CRV RIO HONDO S.E., L.P., LLLP. | LEASE AGREEMENT NON-RESIDENTIAL |
| PLAZA LAS AMERICAS, INC | LEASE AGLEASE AGREEMENT NON-RESIDENTIAL |
| PLAZA CAROLINA MALL, L.P. | LEASE AGLEASE AGREEMENT NON-RESIDENTIAL |
| SAN PATRICIO | LEASE AGREEMENT NON-RESIDENTAL |
| UNITED INSURANCE FINANCIAL CO. | INSURNCE (VARIOUS) |

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

In re  SUPER PET CENTER INC.                       Case No. _____
_____
          Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AIDA L. ORTIZ ORTIZ | DDR RIO HONDO LLC, S.E.<br>PO BOX 71557<br>SAN JUAN, PR 00936-8657 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | BANCO SANTANDER OF PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589<br>DOMENECH BRANCH |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | PLAZA CAROLINA<br>AVE. FRAGOSO<br>VILLA FONTANA<br>CAROLINA, P.R. 00983 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | PLAZA LAS AMERICAS<br>PO BOX 363268<br>SAN JUAN, P.R. 00936 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | EUROBANK<br>SAN PATRICIO BRANCH<br>PO BOX 191009<br>SAN JUAN, P.R. 00919-1009 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | BANCO POPULAR DE PR<br>PO BOX 70354<br>SAN JUAN, PR 00936-8354 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | SAN PATRICIO PLAZA<br>CALLE TABONUCO B-5<br>GUAYNABO, PO 00969 |
| AIDA L. ORITZ ORTIZ & THE STATE OF RAUL DEL LLANO | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

In re SUPER PET CENTER INC.     Case No. _____
_____
**Debtor**             **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | EL SENORIAL PLAZA<br>CALLE PARANA Y WISNTON CHURCHILL<br>SAN JUAN, P.R.  00926 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6 (Official Form 6 - Declaration) (12/07)

SUPER PET CENTER INC.

In re _____     Case No. _____
                    Debtor                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                          Debtor:

Date _____     Signature: _____
                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
     Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __CHIEF EXECUTIVE OFFICER__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the SUPER PET CENTER INC. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __30__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____SEPTEMBER 1, 2010____     Signature: _____
                                                  TAMIKY DEL LLANO
                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.