# CORPORATE RESOLUTION

I, Aida L. Ortiz Ortiz, of legal age, widow, resident of Vega Alta and President of

**Super Pet Center, Inc.**, a corporation established in Puerto Rico, do hereby certify that:

1. At the meeting held on July 23rd, 2010, the Board of Directors of **Super Pet Center, Inc**. agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3. That it was also agreed that the services of attorney Carmen Conde would be retained for such purposes.

4. That Mrs. Tamiky Del Llano, Secretary of the Corporation was named Chief Executive Officer (CEO), and was authorized to sign the petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

5. That during this meeting the following Board of Directors was also ratified;

> Aida L Ortíz Ortíz- President
> Tamiky Del Llano Ortiz- Secretary
> Paloma Del Llano Ortiz- Treasurer

I sign this Corporate Resolution today the _30th August_ of july, 2010.


_Aida L. Ortiz Ortiz_
President of Super Pet Center Inc.

*[Corporate Stamp: SUPER PET CENTER, INC. 1969 Corporate Stamp #22,129 PUERTO RICO]*

Affifavit Num _530_

Sworn and subscribed to before me, by Aida L . Ortiz Ortiz of legal age, widow, President of Super Pet Center Inc., and resident of Vega Alta who I have known personally._____, on this day _30th August_ of July , 2010.

_____ NOTARY PUBLIC