**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

SUPER PET CENTER INC

Debtor(s)

CASE NO. 10-08177 SEK

Chapter 11

**FILED & ENTERED ON 09/13/2010**

# O R D E R

A **STATUS CONFERENCE** is hereby scheduled for **10/26/2010 AT 11:00 A.M.** before the undersigned, at the U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Post Office & Courthouse Building, 300 Recinto Sur, Courtroom No. 1, Floor 2, San Juan, Puerto Rico to further the expeditions and economical resolution of the case. At the Status Conference, counsel for Debtor(s) shall be prepared to:

1. describe the Debtor's(s') business;
2. give the reason for filing the petition;
3. set a date by which the debtor(s), or trustee if one has been appointed, shall file a disclosure statement and plan;
4. establish the last date to file claims (bar date);
5. set a date by which the debtor(s), or trustee if one has been appointed, shall solicit acceptances of a plan;
6. set the date by which a party in interest other than a debtor(s) may file a plan;
7. set a date by which a proponent of a plan, other than the debtor(s), shall solicit acceptances of such plan;
8. fix the scope and format of the notice to be provided regarding the hearing on approval of the disclosure statement;
9. provide that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan;
10. give an estimate of all professional fees to be accrued in this case;
11. in the case where the debtor(s) is(are) an individual, discuss the entry of the order of discharge and final decree.
12. identify anticipated significant events; and,

13. discuss the need for future status conferences.

The Clerk will give immediate notice of this order to Debtor, its Counsel, the U.S. Trustee and all creditors as per the current master address list.

San Juan, Puerto Rico, this September 13, 2010.

**Sara E. De Jesús Kellogg**
**U.S. Bankruptcy Judge**

c: ALL CREDITORS
DEBTOR (S)
CARMEN D CONDE TORRES
U.S. TRUSTEE