# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 10-08177 (SEK) |
|---|---|
| SUPER PET CENTER, INC. | |
| Debtor | CHAPTER 11 |

## MOTION SUBMITTING EVIDENCE OF PAYMENT MADE TO DDR RIO HONDO LLC, SE
## (PLAZA RIO HONDO)

**TO THE HONORABLE COURT:**

**COMES NOW**, Super Pet Center, Inc. as Debtor and Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), and through the undersigned attorneys and STATES and PRAYS:

1. On October 6, 2010, DDR Rio Hondo LLC, SE ("DDR") filed a response to the motion rejecting the lease for non-residential property held by the Debtor with this entity. (Docket 21)

2. In the response DDR stated that it had no opposition to the rejection of the lease and requested that the Debtor pay the amount of $11,245.30 as administrative rent.

3. The Debtor herein wishes to submit evidence of the payment made to DDR on September 30, 2010 in the amount of $11,450.00. **Exhibit 1**.

4. With this payment the Debtor understands that it has satisfied all of DDR's requests and that it has complied fully with its duties pursuant to Section 365 of the Bankruptcy Code.

**WHEREFORE** pursuant to the above stated, the Debtor prays the Court that it takes notice of the payment made by the Debtor to DDR Rio Hondo, LLC SE on account of the post petition rent

due as of the sate of the rejection of the lease.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of October 2010.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system as follows:

LOURDES ARLENE ARROYO PORTELA lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com;tere.solo@oneillborges.com

CARMEN D CONDE TORRES notices@condelaw.com

DAVID P. FREEDMAN David.Freedman@oneillborges.com, docket_clerk@oneillborges.com;Tere.Solo@oneillborges.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

DANIEL MOLINA LOPEZ dml@trdlaw.com, i.cartagena@trdlaw.com;noticesdml@yahoo.com

    C. CONDE & ASSOC.
    254 San José Street, Suite 5
    San Juan , Puerto Rico 009011523
    Tel.: (787) 729-2900; Fax: (787) 729-2203
    Email: condecarmen@microjuris.com
    /s/ Luisa S. Valle Castro, Esq.
    By: Luisa S. Valle Castro
    USDC No.: 215611

**SUPER PET CENTER INC**
SAN PATRICIO SHOPPING CENTER
AVE SAN PATRICIO ESQ ROOSEVEL
GUAYNABO PR 00968

1011
101-201/215

Fecha / Date: SEPT 29, 2010

Páguese a la orden de / Pay to the order of: DEVELOPERS DIVERSIFIED REALTY     $ 11,450.00

ONCE MIL CUATROCIENTOS CINCUENTA DOLARES — Dólares / Dollars

**BANCO POPULAR**
BANCO POPULAR DE PUERTO RICO

Para / For: _____

⑆021502011⑆ 027⑈386694⑈ 1011