TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME : Super Pet Center, Inc.

CASE NUMBER : 10-08177

CHAPTER : 11

JUDGE : SEK

DATE OF MEETING: Oct. 13, 2010

TIME OF MEETING: 2:30 pm

TRACK NUMBER : 002    003

METER READING
START : 0:00 (hr:min)   0:00 (hr:min)
END   : 1:22 (hr:min)   11:00 (hr:min)

1) DEBTOR:
   (X) PRESENT  Tamiky Del Llano Ortiz
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT  Luisa Valle
   ( ) NOT PRESENT

3) CREDITORS:
   (X) PRESENT (See attachment)
   ( ) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE:_____
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF
   THE DEBTOR'S ESTATE:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION
   BANK ACCOUNTS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR
    IN POSSESSION BANK ACCOUNTS:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST
    TWO YEARS:
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) RENT ROLL:   N/A
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (X) CLOSED
    ( ) CONTINUED TO:
        DATE:_____
        TIME:_____

16. COMMENTS:

The meeting of creditors was held on October 13, 2010, and was closed.

The debtor promised to deliver to the United States Trustee the document(s) listed as missing in the first page of these minutes within the time period(s) therein indicated. The debtor stated at the meeting of creditors that it would be submitting, correcting, and/or amending the Schedules ("Sch.") and/or Statement of Financial Affairs ("SOFA") by or before November 12, 2010, as follows:

    a.    Sch. G: amend to include addresses of other parties to lease or contract.

**(Filed Electronically)**

s/ *Edward A. Godoy*                                     October 20, 2010
Edward A. Godoy                                        Date
Presiding Officer / Trial Attorney
USDC-PR No. 202612
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449
USDC-PR No. 202612

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Carlos R. Hernandez-Vivoni, esq. | Tania & Ian Del Vero | 1509 Lopez Landron 10th floor San Juan PR 00911 | 787-607-4041 | (FAX) 787-721-3972 |
| Ramon Torres Rodriguez, Esq. | for Plazabs Americas, Inc. | PO Box 361163 San Juan, PR 00936 | (787) 767-5410 | |
| Maureen Menendez | | PO Box 1676 Cantina 00784-1676 | (7n)814-9465 | |
| Carmen Pacilla Figueroa | CRIM | PO Box 195387 San Juan PR 00919-5387 | 787-625-2746 x2104 | fx 787-625-4013 |
| Tania X. Laporte Reveron | CRIM | ''  | '' | '' |
| Eyck O. Lugo - Banco Santander | | 252 Ponce de Leon Ave, Suite 1200 San Juan, PR 00918 | 787-522-2000 | |