**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN THE MATTER OF:<br><br>SUPER PET CENTER INC<br>Debtor(s) | CASE NO.: 10-08177 (SEK)<br><br>CHAPTER 11 |

**MOTION PURSUANT TO BANKRUPTCY RULE 3017(a)**

TO THE HONORABLE COURT:-

COMES NOW creditor TANIA DEL LLANO JIMENEZ & IAN DEL LLANO JIMENEZ, represented by the undersigned attorney who respectfully sets forth and prays as follows:

The appearing party is a creditor in the above captioned case; Pursuant to Bankruptcy Rule 3017(a), the appearing party respectfully requests from this Honorable Court an order for Debtor to send a copy of the Disclosure Statement and Reorganization Plan to the appearing party.

**WHEREFORE**, it is respectfully prayed from this Honorable Court to grant this motion.

In San Juan, Puerto Rico on the 22nd day of October, 2010.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor(s) attorney, the US Trustee and to all CM/ECF participants.

W&B LAW OFFICES, P.S.C.
American Airlines Building
1509 Lopez Landron, 10th Floor
San Juan, PR  00911
Tel. 787-607-4041
*/s/Carlos R. Hernandez-Vivoni*
Carlos R. Hernandez-Vivoni, Esq.
USDC PR 221609
E-Mail: chernandez@wblawpr.com
