# Proceeding Minutes / Proceeding Memo

*Case #:* 10-08177   *Case Name:* SUPER PET CENTER INC
*Set:* 10/26/2010 11:00 am   *Chapter:* 11   *Type:* bk   *Judge* SARA E. DE JESUS KELLOGG
*matter* STATUS CONFERENCE ON CHAPTER 11 CASE

DEBTORS MOTION TO REJECT NON-RESIDENTIAL LEASE CONTRACT WITH DDR RIO HONDO LLC, SE (DKT #16) AND DDR RIO HONDOS RESPONSE (DKT #21),

DEBTORS MOTION TO REJECT NON-RESIDENTIAL LEASE CONTRACT WITH CAPARRA CENTER ASSOCIATES, LLC. (SAN PATRICIO PLAZA) (DKT #17)

APPLICATION TO EMPLOY ATTORNEY CARMEN D. CONDE TORRES, ESQ. (DKT #22)

APPLICATION FOR APPOINTMENT OF CERTIFIED PUBLIC ACCOUNTANT FOR THE DEBTOR (DKT #11)

Minutes of Hearing on STATUS CONFERENCE (ACG)