# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.: 10-08177 (SEK) |
| SUPER PET CENTER, INC. | |
| Debtor | CHAPTER 11 |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

1. Name of Claimant: Plaza Carolina Mall, L.P.

2. Nature and description of the claim incurred during or arising on or after the Petition Date: Chapter 11 post petition administrative rent under a lease of nonresidential real property.

3. Date(s) claim arose: September 3, 2010

4. Amount of claim: $35,081.02

5. Documentation supporting this administrative priority claim is attached hereto as Exhibit A.

Respectfully submitted

Catherine M. Martin, Esq., Attorney for
Simon Property Group, Inc. and its related entities
TN Bar No. 019472
PH: (317) 685-7263 / FAX: (317) 263-7901
E-mail address: cmartin@simon.com

```
1/06/11      SUMMERSP                                                                                                    CM8075       PAGE  1
10:33:21     QPADEV0010         ---COMMENTS SUPPRESSED---        * *  TENANT DETAIL SUMMARY  * *        By Tenant        V000414 CO

TENANT:  SUPPE/   Super Pet Center, Inc.                                                       **********************************
LEASE:   SUPPE/   Super Pet Center                                                             **      LEASE ID CORP ADDRESS    **
PROJECT: 4732     Plaza Carolina                    Carolina                          PR       **      Super Pet Center Inc.    **
                                                                                               **                               **
                                                                                               **      LEASE ID BILLING ADDRESS **
EXECUTION DATE:  3/03/2006   LEASE STATUS: Executed                                            **      ACTIVE SPACE             **
LEASE START DATE: 2/01/2006  LEASE TYPE:   Lease                                               **                               **
LEASE END DATE:   1/31/2016  SECURITY DEPOSIT:  .00                                            **********************************
REPLACEMENT DATE:            CORP NAME: Super Pet Center, Inc.                                                   GUAYNABO          PR 00970-
INSURANCE EXP:               Terms: Due On or Before 1st

--SPACE INFO--  SEQ #:  1       UNIT TYPE: INL        SPACE TYPE: RET         --OVERAGE RENT INFO--   FREQUENCY          DAYS
FLOOR: 02 UNIT: 228             SPACE START  2/01/2006 OPEN  2/01/2006        SALES REPORTING        Monthly              5
SQ FT RENTABLE       3,510      SPACE END    1/31/2016 VACATE                 AUDITED STATEMENT      Annually            30
LEASE ACTUAL         3,510      RCD          4/02/2006 TERM                   PAYMENT                Monthly             20
                                                                              SALES YEAR   Feb - Jan
                                                                              SIC 1921      Pet Shop

--RENT PERIOD INFO--                Rent   Monthly   --BREAK POINT INFO--   Sls   Chg
Start Dt  End Date    Ann Rent     Sq/Ft    Rent     Start Dt   End Date  Pay Date  Cat  Typ  Ovrg%     Product        Ovrg%  Product
                                                                                                       Sls Base              Sls Base
2/01/06   5/31/10 BMR  105,300.00  30.00   8,775.00  2/01/06   1/31/10 MON  4/01/10  3/31/11 RET  BOV  6.000   1,755,000
4/01/10   4/01/10 BMR  105,300.00- 30.00-  8,775.00- 2/01/10   1/31/11 MON  1/01/11  1/31/16 RET  BOV  6.000   1,509,777
4/01/10   5/31/10 BMR  105,300.00  30.00   8,775.00  2/01/10   1/31/11 MON  2/01/11  1/31/16 RET  BOV  6.000   1,509,777
4/01/10   3/31/11 BMR   87,750.00  25.00   7,312.50  2/01/10   1/31/11 MON  7/01/10  1/31/16 RET  BOV  6.000   1,755,000
RET    R/E Tax          21,060.00   6.00   1,755.00            1/31/11 MON  7/01/10  1/31/16 RET  BOV  6.000   1,952,935
RRB    BMR Rent Relief  105,300.00 30.00   8,775.00            1/31/11 MON  4/01/10  1/31/12 RET  BOV  6.000   1,952,935
RR1    Offset Rent Relief 105,300.00- 30.00- 8,775.00-         1/31/11 MON  4/01/10  1/31/11 RET  BOV  6.000   2,047,500
4/01/11   1/31/16 BMR  122,850.00  35.00  10,237.50
2/01/11   3/31/11 RRB  122,850.00  35.00  10,237.50
4/01/11   1/31/16 BMR  122,850.00  35.00  10,237.50

--CURRENT MONTHLY OBLIGATIONS--                             % OF LAST YR SALES                        Recovery Information
Charge Description              Ann Amt   Sq/Ft  Monthly                                            -------------------------
BMR   Base Minimum Rent Fl      87,750.00  25.00  7,312.50                              DWT Domestic Water
CMP   Trash Removal              1,983.24    .57    165.27                                  Specified % X Current Cost
MFD   Media Funding             11,486.04   3.27    957.17                              Rented/Occ                      %
OFN   Operating Costs Fixe      81,083.40  23.10  6,756.95                              Cap/Max: Y   Rate: 100%  Amt:
RET   R/E Tax                   21,060.00   6.00  1,755.00                              ELE Electricity
RRB   BMR Rent Relief          105,300.00  30.00  8,775.00                                  DIRECT BILLED TENANT
RR1   Offset Rent Relief       105,300.00- 30.00- 8,775.00-                             Cap/Max: Y   Rate: 100%  Amt:
                              -----------         ---------
CURRENT OBLIGATION             203,362.68  57.94 16,946.89                              NGS Natural Gas
                                                                                            NO OBLIGATION
Current Effective Rent:        193,050.00        28.73%    This year (Est):   508,492.96  Cap/Max: Y   Rate: 100%  Amt:
Total Ancillaries:              10,312.77         1.53%    Last year sales:   671,904.89
Total Charges:                 203,362.68        30.27%    2nd Prev Yr sls:   794,920.79
Effective Rent/Sq Ft:               57.93                                               OFN Oprtng Costs Fixed - New
                                                                                            FIXED @ RECURRING CHARGE
                                                                                                              %
                                                                                        Cap/Max: Y   Rate: 100%  Amt:

                                                                                        RET Real Estate Tax Reimbursement
                                                                                            Prorate Cost
```

```
1/06/11    SUMMERSP                                                                    CM8075       PAGE    2
10:33:21   QPADEV0010    ----COMMENTS SUPPRESSED----    * *  TENANT DETAIL SUMMARY  * *  By Tenant  V000414 CO

TENANT:   SUPPE/       Super Pet Center, Inc.                                         ******************************
LEASE:    SUPPE//      Super Pet Center                         ...CONTINUED          **       ACTIVE SPACE       **
PROJECT:  4732         Plaza Carolina                Carolina                    PR   ******************************
--------------------------------------------------------------------------------------------------------------------
--SPACE INFO--  SEQ #:   1   ...CONTINUED                                             Rented/Occ
                                                                                      Cap/Max: Y    Rate: 100% Amt:       %
```

```
                           Tenant   SUPPE/       Super Pet Center, Inc.
                           Project  4732         Plaza Carolina                   Lease Summary                                 Scan         Deposits All Zero
                           Lease    SUPPE//      Super Pet Center                 From 1/01/87 To 1/06/11
```

| Date | Document | Check# | Description | Amount | Outstanding | |
|------|----------|--------|-------------|--------|-------------|---|
| 9/01/10  | R 5295437 001 | | Operating Costs Fixed - NEW       | 6435.19   | 1513.03   | post petition administrative |
| 9/08/10  | G 1385883 001 | | Pre Petition / DOF / 09/03/10     | 27030.75  | 27030.75  | — pre |
| 12/01/10 | R 5432849 001 | | Operating Costs Fixed - NEW       | 6435.19   | 6435.19   | |
| 12/01/10 | R 5432849 002 | | Trash Removal                     | 161.24    | 161.24    | |
| 12/01/10 | R 5432849 003 | | Ten Reim-Media Funding            | 957.17    | 957.17    | |
| 12/01/10 | R 5432849 004 | | Base Minimum Rent Fixed           | 7312.50   | 7312.50   | |
| 12/01/10 | R 5432849 005 | | Ten Reim - R/E Tax                | 1755.00   | 1755.00   | |
| 1/01/11  | R 5472305 001 | | Operating Costs Fixed - NEW       | 6756.95   | 6756.95   | post petition administrative |
| 1/01/11  | R 5472305 002 | | Ten Reim-Media Funding            | 957.17    | 957.17    | |
| 1/01/11  | R 5472305 003 | | Base Minimum Rent Fixed           | 7312.50   | 7312.50   | |
| 1/01/11  | R 5472305 004 | | Ten Reim - R/E Tax                | 1755.00   | 1755.00   | |
| 1/01/11  | R 5472305 005 | | Trash Removal                     | 165.27    | 165.27    | |

```
                           Prior                             Net                                End
                             .00                          62111.77                                   62111.77
```

$35,081.02 post petition administrative

−21,030.75 pre petition

End of report