**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | Bankruptcy No.: 10-08177 (SEK) |
| SUPER PET CENTER INC. | Chapter 11 |
| Debtor | |

## DDR's RESPONSE TO DKT. 72

TO THE HONORABLE COURT:

COME NOW DDR RIO HONDO LLC, S.E., and DDR SEÑORIAL LLC, S.E. (collectively "DDR"), creditors of the above-referenced Debtor, by their undersigned counsel, and for the reasons that follow tender a reply to Debtor's opposition to DDR's request to reschedule the hearing scheduled for January 19, 2011 to consider the approval of the Disclosure Statement:

1.      On January 12, 2011, DDR filed a "Motion Requesting Rescheduling of Hearing", in which requested that the hearing scheduled for January 19, 2011 be rescheduled for a later date not earlier than January 28, 2011 (the "Motion to Reschedule").  See Dkt. No. 70.

2.      On January 17, 2001, Debtor filed a response to DDR's Motion to Reschedule. See Dkt. No. 72.

3.      In response to Dkt. No. 72, with the permission of the court[1], DDR respectfully submits that its request for enlargement was made for the benefit of all parties in interest, and DDR has a right to insist that all parties in interest have an adequate opportunity[2] to examine for adequacy the proposed disclosure statement.

In San Juan, Puerto Rico, on this 18th day of January, 2011.

I hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

---

[1] Replies may be considered by leave Court, and same is hereby requested. P.R. LDR 7(c), P.R. LBR 1001-1(b).
[2] The insufficiency of the period actually provided has already been explained in Dkt. No. 70.

**O'NEILL & BORGES**
Attorneys for *DDR RIO HONDO LLC, S.E.,*
  *DDR SENORIAL LLC, S.E,*
American International Plaza
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel:     (787) 764-8181; Fax:  (787) 753-8944

*/s/ Lourdes A. Arroyo*
Lourdes A. Arroyo
USDC-PR 226501
Lourdes.Arroyo@oneillborges.com