IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF | : | |
| AIDA ORTIZ ORTIZ, | : | CASE NO. 10-08174(SEK) |
|     DEBTOR IN POSSESSION | : | CHAPTER 11 |
| SUPER PET CENTER, INC., | : | |
| DEBTOR IN POSSESSION | : | CASE NO. 10-08177(SEK) |

ORDER

For reasons stated in open court today, we hereby extend the time for confirming plans filed in these related small business cases to April 18, 2011. 11 U.S.C. § 1129(e).

**SO ORDERED**, in San Juan, Puerto Rico, on March 8, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge