UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTE OF HEARING**

*Hearing Information:*
**Debtor:** SUPER PET CENTER INC
**Joint Debtor:**
**Case Number:** 10-08177-SEK    **Chapter:** 11

**Date / Time / Room:** 3-8-2011    **Courtroom #1**
**Bankruptcy Judge:** Sara De Jesus
**Courtroom Deputy:** MARIBEL MONTALVO

*Matter:*
HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT DATED 12/28/2011 (DKT # 60) AND CONFIRMATION OF PLAN DATED 12/28/2010 (#61)

*Appearances:*
☐ Debtor  ☑ Debtor's Attorney  ☐ Trustee  ☑ US Trustee
☑ Creditors/Others: Luisa Valle for Debtor, Ike Lugo for Banco Santander, Carlos Hernandez for Tania and Ian del Llano, Ramon Torres for Plaza Las Americas, Lourdes Arroyo for DDR Plaza Rio Hondo

*Notes and Remarks:* *(Order will be entered electronically)

*Proceedings:*

Debtor submitted an answer including ballots and request reconsideration of the order entered on 3/7/2011 (#98).

Debtor submitted in open court (2) additional votes under class 4, with those votes the total amount of accepting claimants is $929,964.03. Tania and Ian Del Llano are the holders of proof of claims #23 and #24. The objection to disclosure statement and plan filed by Tania and Ian Del Llano (docket #69) is moot.

Debtor rejected lease contract with Plaza Carolina Mall (docket #66). The amounts are not included under the plan. Debtor will include then in the new payment plan schedule.

Debtor to give notice of motion to assume or reject lease contract with the new landlors Pueblo.
The court will also consider the joint stipulation with Tania And Ian Del Llano (#84).

Debtor to file amended objection to proof of claim #27 by DDR Plaza Rio Hondo in (7) days. DDR Plaza Rio Hondo to answer in (14) days. Joint pretrial or settlement to be filed by 4/18/2011.

The period time for confirmation of plan is extended to April 18, 2011. {11 U.S.C. § 1126 (e)}. (Separate order will be entered)