IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 10-08177 SEK |
|---|---|
| SUPER PET CENTER INC | Chapter 11 |
| XXX-XX6249 | |
| Debtor(s) | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **04/18/2011 at 11:00 A.M.** to act upon the following matters:

**DEBTOR'S APPLICATION FOR COMPENSATION FOR CARMEN CONDE TORRES (DKT #107), DEBTOR'S AMENDED LIMITED OBJECTION TO CLAIM #27 FILED BY DDR RIO HONDO (DKT #100)**

San Juan, Puerto Rico, this March 16, 2011.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: **ALVIN CENTENO GONZALEZ**
    **Deputy Clerk**

cc: All creditors