IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SUPER PET CENTER, INC.<br><br>Debtor | CASE NO.: 10-08177 (SEK)<br><br><br><br>CHAPTER 11 |

## NOTICE OF FILING OF AMENDED PLAN OF REORGANIZATION AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT
TO ALL CREDITORS AND PARTIES IN INTEREST:

COMES NOW Super Pet Center, Inc., (hereinafter "Debtor"), through the undersigned legal representation, and very respectfully STATES:

You are hereby notified that on this date the attorney for the Debtor filed the Amended Plan of Reorganization in case number 10-08177 (SEK). The Plan was amended in order to incorporate the stipulations reached with Tania and Ian Del Llano, Plaza Las Américas, Inc and to include a new Class of Suboridnated Claims as per the stipulation reached with DDR Rio Honde LLC, SE. Any creditors and/or parties in interest wishing to view said Amended Plan of Reorganization may do so in the docket of case number 10-08177 (SEK). Any objection must be filed and served to counsel for the Debtor. If any timely objections to the Amended Plan of Reorganization the Court will schedule a hearing in order to consider the same.

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing was filed using the CM/ECF system, which will send a notification to all its registered users, and by regular mail to all creditors and parties in interest who do not receive electronic notice as per the Master Address List.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 6th day of April 2011.

C. CONDE & ASSOC.
Attorney for Debtor
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
Email: condecarmen@microjuris.com
S/Luisa S. Valle Castro
Luisa S. Valle Castro, Esq.
USDC No.: 215611